| **ROANNE L. MANN** | **DATE:** December 3, 2020 |
| --- | --- |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 2:00 PM |
| | **END:** 3:00 PM |

**DOCKET NO:** 18-cv-3979 (PKC)

**CASE:** Purcell v. City of New York et al

| | |
| --- | --- |
| ☐ INITIAL CONFERENCE | ☐ OTHER/ORDER TO SHOW CAUSE |
| ☐ DISCOVERY CONFERENCE | ☐ FINAL/PRETRIAL CONFERENCE |
| ☐ SETTLEMENT CONFERENCE | X TELEPHONE CONFERENCE |
| X MOTION HEARING | ☐ INFANT COMPROMISE HEARING |

**PLAINTIFF**

**ATTORNEY**

| | |
| --- | --- |
| *Pro se* Roxanne Purcell | |

**DEFENDANT**

**ATTORNEY**

| | |
| --- | --- |
| | William Akina |

☐ **FACT** DISCOVERY TO BE COMPLETED BY _____
☐ **SETTLEMENT** CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Discussion held regarding [85] plaintiff's motion to compel discovery and for an extension of the discovery deadline. Plaintiff's motion is granted in limited part. Discovery is extended to February 26, 2021. Plaintiff's request to issue a subpoena for defendant James Hayes is moot since the City has waived service on his behalf. The parties must confer on a mechanism for plaintiff to depose defendant Hayes or otherwise obtain his testimony. Defendants should consider producing information that would be available pursuant to a FOIL request, even if not discoverable. Defendants must also confer with the U.S. Marshals Service ("USMS") about producing discoverable documents that defendants have withheld because the USMS requested restricted dissemination. Defendants agreed to investigate plaintiff's claims that certain of the decedent's electronic devices were missing information when they were returned to plaintiff. Plaintiff is encouraged to seek further assistance from the Pro Se Litigation Clinic. Requests for a premotion conference are due by March 10, 2021.